UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN STREETER, et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>CORDIS CORPORATION, et al.,<br>　　　　　Defendants. | Case No. 17-cv-00239-EMC<br><br>**ORDER REMANDING CASE** |

For the reasons stated in this Court's September 23, 2016, Order in Dunson v. Cordis, C16-3076-EMC, Docket No. 53, the Court hereby REMANDS this case to state court for lack of subject matter jurisdiction. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 16, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　United States District Judge